THERESA DUCHINI, Respondent, *v.* ADOLPH DUCHINI, Appellant.*

Supreme Court, Appellate Term, First Department, December 29, 1931.

*Irving D. Lipkowitz* for appellant.

*Sigmund Goldstein* for respondent.

*Per Curiam.* Defendant having breached the separation agreement, the election of the plaintiff to terminate it by serving an answer asking for a separation in the divorce action precludes her from recovering any installments under the separation agreement. (*Pinkus* v. *Pinkus,* 230 App. Div. 791.)

Judgment reversed, with thirty dollars costs, and complaint dismissed on the merits, with costs.

LYDON, LEVY and FRANKENTHALER, JJ., concur.

* Revg. 140 Misc. 656.